UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| LARRY A. THORINGTON, | Case No.: 1:18-cv-10762-TLL-PTM |
| Plaintiff, | HON.: THOMAS L. LUDINGTON |
| v. | |
| STEVE TOWNSEND, | |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL

NOW COME the parties herein, by and through their respective counsel, and hereby stipulate and agree that Defendant, STEVE TOWNSEND, is dismissed from this lawsuit with prejudice, without costs and without attorney fees.

Dated: July 3, 2019

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

/s/ Haider A. Kazim
Haider A. Kazim (66146)
Attorneys for Defendant

Dated: July 3, 2019

SCHOLTEN FANT

/s/ Bradford W. Springer
Bradford W. Springer (P67201)
Attorneys for Plaintiff

## **ORDER OF DISMISSAL**

IT IS ORDERED that the Complaint and all amendments thereto, as to Defendant, STEVE TOWNSEND, be and the same hereby are dismissed with prejudice, without costs and without attorney fees to any party.  This resolves the last pending claim and closes the case.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: July 9, 2019